Mark Steven McCLAIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42583.

Missouri Court of Appeals,
Western District.

April 10, 1990.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

McClain appeals the denial, after an evidentiary hearing, of his Rule 24.035 motion.

Judgment affirmed. Rule 84.16(b).

James Leroy NICHOLS,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

WD 42660.

Missouri Court of Appeals,
Western District.

April 10, 1990.

Janet M. Thompson, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and
KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 24.-035.

Judgment affirmed. Rule 84.16(b).